610

389 A.2d 681

Commonwealth v. Lightfoot, Appellant.

Submitted November 14, 1977. Ralph J. Cappy, Public Defender, for appellant; Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.

389 A.2d 682

Commonwealth v. Mathues, Appellant.

Submitted March 21, 1977. David N. Brook, for appellant; William T. Nicholas, District Attorney, for Commonwealth, appellee.

Order affirmed.

WATKINS, former P. J., did not participate in the consideration or decision of this case.